COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YUM YUM DONUTS #612, a business of unknown form; LISA CAROL RATHFELDER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00501-NONE-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 144(a))**<br><br>**(Doc. 9)** |

Based on the Parties' Stipulation To Extend Time For Defendant To File Responsive Pleading To Initial Complaint By Not More Than 30 Days (Doc. 9), and good cause having been shown, the Court ORDERS that Defendant YUM YUM DONUT SHOPS, INC.'s (ERRONEOUSLY SUED HEREIN AS YUM YUM DONUTS #612, a business of unknown form) deadline to file a responsive pleading to Plaintiff's Complaint shall be EXTENDED to June 4, 2021.

IT IS SO ORDERED.

Dated: **May 5, 2021**    /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757